Kresta Nora Daly, SBN 199689
Thomas W. Barth, SBN 154075
**BARTH TOZER & DALY LLP**
431 "I" Street, Suite 201
Sacramento, California 95814
Telephone: (916) 440-8600
Facsimile: (916) 440-9610
Email: kdaly@btdlegal.com

Attorneys for Defendant
VINCENT DOYLE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>VINCENT DOYLE,<br><br>Defendant. | Case No. 2:12-CR-00443-KJM<br><br>**STIPULATION AND ORDER MODIFYING PRETRIAL RELEASE CONDITIONS** |

## **STIPULATION**

Plaintiff United States of America, by and through Assistant United States Attorney Lee Bickley, and defendant Vincent Doyle, by and through his counsel of record, Kresta Nora Daly, hereby stipulate that Pretrial Release Condition 3 be modified.

Mr. Doyle first appeared on January 28, 2013 in the United States District Court for the Northern District of Indiana. His release conditions were set during that appearance.

Pretrial Release Condition 3 currently requires Mr. Doyle to notify, in writing, defense counsel, counsel for the government and the court if he changes his address or his telephone number. Mr. Doyle is on unsupervised release. As such there is no means by which he can notify the court should his address or telephone number change. Therefore, the parties propose that pre-trial release condition be modified to read:

/////

{00008113}

STIPULATION AND ORDER MODIFYING PRETRIAL RELEASE CONDITIONS [Case No. 2:12-CR-00443-KJM]

3. The defendant must immediately advise defense counsel and the US Attorney in writing before any change in address or telephone number.

Dated: April 4, 2013.

      /s/Kresta Nora Daly
Assistant United States Attorney Lee Bickley

Dated: April 4, 2013.      BARTH TOZER & DALY LLP

By   /s/Kresta Nora Daly
    KRESTA NORA DALY
Attorneys for Defendant
VINCENT DOYLE

## **ORDER**

IT IS HEREBY ORDERED that Pretrial Release Conditions 3 be modified as stated above. All other Pretrial Release conditions previously imposed remain in effect.

Dated: April 8, 2013.

      UNITED STATES DISTRICT JUDGE